## NEELY *v.* HENKEL (No. 2).

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE
SOUTHERN DISTRICT OF NEW YORK.

No. 406.   Argued, December 10, 11, 1900.—Decided  January 14, 1901.

The decision in this case follows that in No. 387, *ante*, 109.

THIS case was argued with No. 387, *ante*, 109, by the same
counsel.

MR. JUSTICE HARLAN delivered the opinion of the court.

The record in this case, it is admitted, shows the same state
of facts as in the case just decided.  This was a second applica-
tion for a writ of *habeas corpus*, upon substantially the same
grounds as were urged in the other case.  The additional alle-
gations in this application for the writ did not materially change
the situation.

For the reasons stated in the opinion just delivered, the judg-
ment of the Circuit Court is

*Affirmed.*